IN THE
UNITED STATES COURT OF APPEALS
FOR THE FIFTH CIRCUIT

UNITED STATES OF AMERICA,
  *Plaintiff-Appellee,*

v.

No. 16-41097

FEATHER J. SALDANA, et al,
  *Defendant-Appellants.*

**United States' Unopposed Extension Motion**

The United States of America, by and through the Acting United States Attorney for the Southern District of Texas, respectfully seeks an unopposed 28-day extension of time in which to file its brief, to and including May 19, 2017. The United States makes this request for the following reasons:

1.     The defendants' briefs were filed on November 8, 2016, and February 20, 2017. The responsive brief for the United States is currently due on April 21, 2017, after an initial 30-day extension request was granted by this Court.

2.     This case is a consolidated appeal from a jury trial and denial of a motion for a new trial in which the defendants raise claims

of both sufficiency of the evidence and ineffective assistance of counsel. As such, a second extension is necessary for me to review the extensive record, complete the legal research and writing of the brief, and to allow for meaningful review of the brief before filing.

3.      Since February 20, 2017, I have filed briefs in this Court in *United States v. Deal*, No. 16-20133; *United States v. Fuentes-Rodriguez*, No. 15-40740; *Sealed Appellee 1 v. Sealed Juvenile 1*, No. 15-20262; and *United States v. Wise*, No. 16-20808. I have also filed responses to two appeals from pretrial detention orders in *United States v. Patel, et al*, No. 17-20013; and a motion for summary affirmance in *United States v. Romero-Borego*, No. 16-41438. In addition, I presented oral argument before this Court in *United States v. Shelton*, No. 15-20681; and *United States v. Cluff*, No. 16-20116. These tasks were in addition to my daily office responsibilities including, inter alia, reviewing, editing, and revising briefs and pleadings for other appellate AUSAs, participating in moot courts, and providing legal guidance to trial AUSAs.

4.      In addition to working on the United States' brief in this case, I am responsible for filing in this Court responsive briefs in *United*

*States v. Salas-Viera*, No. 16-40526 (due May 5, 2017), and *United States v. Carrillo*, No. 16-41660 (due May 10, 2017).

5.     Counsel for the defendants, Attorneys Margaret Schmucker and Kimberly S. Keller, are unopposed to this motion.

For these reasons, the United States respectfully requests an extension, to and including Friday, May 19, 2017, in which to file the brief for the United States.

Respectfully submitted,

ABE MARTINEZ
Acting United States Attorney

CARMEN CASTILLO MITCHELL
Chief, Appellate Division

s/ Anna E. Kalluri
ANNA E. KALLURI
Assistant United States Attorney
United States Attorney's Office
Southern District of Texas
1000 Louisiana, Suite 2300
Houston, Texas 77002
(713) 567-9102

ATTORNEYS FOR APPELLEE

## CERTIFICATE OF SERVICE

I, Assistant United States Attorney Anna E. Kalluri, hereby certify that on April 12, 2017, an electronic copy of United States' Unopposed Extension Motion was served by notice of electronic filing via this Court's CM/ECF system upon opposing counsel, Attorneys Margaret Schmucker and Kimberly S. Keller.

## CERTIFICATE OF COMPLIANCE

1. This document complies with the type-volume limitation of Fed. R. App. P. 27(d)(2) because it contains 386 words, excluding any part exempted by Fed. R. App. P. 27(a)(2)(B).

2. This document complies with the typeface requirements of Fed. R. App. P. 32(a)(5) and the type-style requirements of Fed. R. App. P. 32(a)(6) because it has been prepared in a proportionally spaced typeface using Microsoft Word 2016 in Century Schoolbook, 14-point font for text and 12-point font for footnotes.

3. This document complies with the privacy redaction requirement of 5th Cir. R. 25.2.13 because it has been redacted of any personal data identifiers.

4. This document complies with the electronic submission of 5th Cir. R. 25.2.1, because it is an exact copy of the paper document.

5. This document has been scanned for viruses with the most recent version of McAfee Endpoint Security and is free of viruses.

s/Anna E. Kalluri
ANNA E. KALLURI
Assistant United States Attorney
Dated: April 12, 2017
